Commonwealth ex rel. Kolodziejski, Appellant, *v.* Tancredi.

Argued June 14, 1974. *John Mattioni,* with him *Mattioni, Mattioni & Mattioni,* for appellant; *Jack M. Myers,* with him *Nolan N. Atkinson, Jr.,* and *Zack, Myers and Atkinson,* for appellee.

Order affirmed.

Garvey *v.* Marrazzo, Appellant.

Before CONABOY, J.

Argued June 14, 1974. *Isaiah W. Crippins,* for appellant; *James M. Howley,* for appellee.

Judgment affirmed.

Kressley, Appellant, *v.* Atlantic-Richfield Co.

Argued June 12, 1974. *Sheridan P. Hunt, Jr.,* with him *David V. Shapiro,* and *Shapiro & Bressler,* and *Mitchell A. Kramer,* and *Kramer & Salus,* for appellant; *M. E. Maurer,* with him *Wexler, Weisman, Maurer & Forman,* for appellee.

Order affirmed; petition for reargument refused October 9, 1974.